IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-1044-REB-SKC

BOKF, N.A.,

   Plaintiff,

v.

KELLY CONDON and SUNFLOWER
BANK, N.A.,

   Defendants.

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

    Pursuant to Local Rule 5(a), I, the undersigned, hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    SUNFLOWER BANK, N.A.

DATED: April 11, 2019         Respectfully submitted,

                              COHEN, LLC

                              By: */s/ Jeffrey Cohen*
                                  Jeffrey Cohen, Esq., #10876
                                  1600 Broadway, Suite 1660
                                  Denver, Colorado 80202
                                  Tel: (303) 524.3636
                                  Email: jcohen@cohentrial.com

                              *Attorney for Sunflower Bank, N.A.*

CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of April, 2019 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Joel S. Neckers
Kenneth Edward Stalzer
Matthew H. Jasilli
WHEELER TRIGG O'DONNELL LLP
370 17th Street, Suite 4500
Denver, CO 80202

*Attorneys for BOKF, N.A.*

/s/ Anthony Garcia