**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-1044-PAB

BOKF, N.A.,

    Plaintiff,

v.

KELLY CONDON and SUNFLOWER BANK, N.A.,

    Defendant.

## ENTRY OF APPEARANCE

PLEASE TAKE notice that Timothy M. Kratz of Jackson Lewis P.C. hereby enters his appearance on behalf of Defendant Kelly Condon in the above captioned matter.

Respectfully submitted this 16th day of April 2019.

    */s/ Timothy M. Kratz*
    Timothy M. Kratz, Esq.
    JACKSON LEWIS P.C.
    950 17th Street, Suite 2600
    Denver, CO 80202
    Telephone: (303) 892-0404
    Facsimile: (303) 892-5575
    tim.kratz@jacksonlewis.com

    *ATTORNEYS FOR DEFENDANT
    KELLY CONDON*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 16th day of April, 2019, a true and correct copy of the foregoing **ENTRY OF APPEARNCE** was served via CM/ECF on the following:

Joel S. Neckers
Kenneth E. Stalzer
Matthew H. Jasilli
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
Telephone: 303.244.1800
Facsimile: 303.244.1879
Email: neckers@wtotrial.com
stalzer@wtotrial.com
jasilli@wtotrial.com

*ATTORNEYS FOR PLAINTIFF*
*BOKF, N.A.*

Jeffrey Cohen
Anthony Garcia
Cohen, LLC
1600 Broadway, Suite 1660
Denver, Colorado 80202
Telephone: 303.524.3636
jcohen@cohentrial.com
agarcia@cohentrial.com

*ATTORNEYS FOR DEFENDANT*
*SUNFLOWER BANK, N.A.*

s/ *Faith Poindexter*
For Jackson Lewis P.C.