IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

| | |
|---|---|
| Civil Action No.: 19-cv-01044-PAB | Date: April 16, 2019 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Janet Coppock |

| *Parties:* | *Counsel:* |
|---|---|
| BOKF, N.A., | Kenneth Stalzer |
| | Matthew Jasilli |
| | Joel Neckers |
| Plaintiff, | |
| v. | |
| KELLY CONDON, and | Jeffrey McClelland |
| | Timothy Kratz |
| SUNFLOWER BANK, N.A., | Anthony Garcia |
| | Jeffrey Cohen |
| Defendants. | |

## COURTROOM MINUTES

**MOTION HEARING**

**2:02 p.m.**     **Court in session.**

Appearances of counsel.

Offer of proof and argument regarding temporary restraining order.

**3:05 p.m.**     **Court in recess.**
**3:27 p.m.**     **Court in session.**

Court states its findings of fact and conclusions of law.

**ORDERED:**    Plaintiff BOKF, N.A.'s Rule 65 Motion for Temporary Restraining Order and Preliminary Injunction [5] is **GRANTED IN PART**, as stated on record. Plaintiff shall deposit $1,000.00 into the Court's registry on or before close of business April 17, 2019. The Court will issue a written order.

Counsel agree to confer and submit proposed dates regarding a Preliminary Injunction Hearing.

**4:02 p.m.	Court in recess.**

Hearing concluded.
Total in-court time:	1:38