IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Civil Action No. 19-cv-01044-PAB

BOKF, N.A.,

    Plaintiff,

v.

KELLY CONDON and
SUNFLOWER BANK, N.A.,

    Defendants.

---

**ORDER EXTENDING TEMPORARY RESTRAINING ORDER**

---

This matter is before the Court on the parties' Joint Motion and Stipulation for a Third Extension of Temporary Restraining Order [Docket No. 66]. The Court has jurisdiction pursuant to 28 U.S.C. § 1331.

On April 17, 2019, the Court entered a temporary restraining order enjoining defendant Kelly Condon from using, disclosing, or copying any client or referral source contact information acquired as a result of his employment with plaintiff. Docket No. 23 at 9-10. The Court further ordered Mr. Condon to return any business cards obtained as a result of his employment and to allow a forensic accountant to make a mirror image of his email account. *Id.* at 10. Since entering the temporary restraining order on April 17, 2019, the Court has twice extended the temporary restraining order at the request of the parties. *See* Docket Nos. 26, 47. Pursuant to the most recent order granting an extension, the temporary restraining order is set to expire on September 30, 2019. *See* Docket No. 47 at 2.

The parties' instant motion requests a third extension of the temporary restraining order through December 2, 2019. Docket No. 66 at 2. Fed. R. Civ. P. 65(b)(2) provides that the Court may extend a temporary restraining order for a period exceeding fourteen days if the adverse party consents to such an extension. Here, the parties jointly request an extension through December 2, 2019 to "avoid unnecessary costs, effort, and time and to not waste judicial resources." Docket No. 66 at 2. Based on the parties' stipulation, the Court finds good cause to extend the temporary restraining order through December 2, 2019. *See* Fed. R. Civ. P. 65(b)(2). Wherefore, it is

**ORDERED** that the parties' Joint Motion and Stipulation for a Third Extension of Temporary Restraining Order [Docket No. 66] is **GRANTED**. It is further

**ORDERED** that Mr. Condon is temporarily enjoined and restrained from using, disclosing, disseminating, or copying any client or referral source contact information that he acquired, or that may exist on his personal telephone, as a result of his employment with plaintiff. It is further

**ORDERED** that, within a reasonable time before the preliminary injunction hearing, Mr. Condon shall allow a forensic accountant retained at plaintiff's expense to make a mirror image of relevant date ranges of Mr. Condon's Hotmail email account. It is further

**ORDERED** that Mr. Condon shall return to plaintiff any business cards or copies of business cards obtained as a result of his employment with plaintiff, including business cards of plaintiff's customers and referral sources. It is further

**ORDERED** that this order will expire on December 2, 2019 unless extended by the Court, upon motion by plaintiff, for good cause.

Entered September 30, 2019 at 4:15 p.m.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
Chief United States District Judge